**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7760

TERRELL MCCOY,

                    Plaintiff – Appellant,

          v.

AMY    ENLOE,   Nurse-Doctor;   CATHY    JONES,   Nurse   Perry
Correctional  Institution;  DEBORAH  MURRELL,  Nurse  Perry
Correctional  Institution;  MICHAEL  MCCALL,  Warden  Perry
Correctional  Institution;  VICTORIA  BALOGUN,  Nurse  Perry
Correctional  Institution;  SOUTH  CAROLINA  DEPARTMENT  OF
CORRECTIONS,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Richard Mark Gergel, District
Judge. (9:09-cv-02958-RMG)

Submitted:  June 28, 2011            Decided:  July 13, 2011

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terrell  McCoy,  Appellant  Pro  Se.  Steven  Michael  Pruitt,
MCDONALD, PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrell McCoy appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McCoy v. Enloe, No. 9:09-cv-02958-RMG (D.S.C. Nov. 30, 2010). We deny McCoy's motion for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2